IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOULEYMANE DIARRA,<br>　　　　Petitioner<br><br>　　v.<br><br>WARDEN FCI ALLENWOOD LOW,<br>　　　　Respondent | No. 1:23-CV-0732<br><br>(Judge Munley) |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Souleymane Diarra's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to CLOSE this case.

Date: 1/10/24

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court